OPINION — AG — THE STATE COMMISSIONER OF HEALTH CAN LEGALLY ISSUE A PERMIT TO CITY `A', CITY `B' OR CITY `C' FOR THE CONSTRUCTION OF A SANITARY SEWERAGE LINE OR SANITARY SEWERAGE OUTFALL LINE WITHOUT PRIOR APPROVAL OF THE PLANS THEREFOR BY CITY `Z' OR ITS AGENTS, IF THE COMMISSIONER FINDS THAT CONSTRUCTION OF SUCH LINES WILL NOT ADVERSELY AFFECT THE WATER SUPPLY OF CITY `Z'. CITE: 11 O.S.H. 298, 63 O.S.H. 614, 63 O.S.H. 625.2, 63 O.S.H. 625.8, 63 O.S.H. 625.1, 63 O.S.H. 614, 63 O.S.H. 1.3 (J. H. JOHNSON)